No. 25-2307

# In the United States Court of Appeals
## for the Eighth Circuit

Young Americans for Freedom; Young America's Foundation;
Avery Durfee; Benjamin Rothove,
Plaintiffs-Appellants,

*v.*

U.S. Department of Education; Miguel Cardona,
Defendants-Appellees.

On Appeal from the United States District Court for the
District of North Dakota, Case No. 3:24-CV-163,
The Honorable Peter D. Welte, Chief Judge

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Local Rule 27A, Plaintiffs-Appellants respectfully request a 60-day extension of time to file their opening brief and joint appendix, moving the current deadline from August 20, 2025, to October 20, 2025. This motion is unopposed.

In view of President Donald J. Trump's Executive Orders 14151[1] and 14173,[2] among other items, counsel for the parties have conferred and are actively engaged in discussions regarding the resolution of this case and dismissal of this appeal. Because the parties require a reasonable amount of time to consider and agree upon any such resolution, Plaintiffs-Appellants respectfully request a 60-day extension of time to file their opening brief and joint appendix.

Dated: July 24, 2025.

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*/s/ Nathalie E. Burmeister*

Nathalie E. Burmeister
  *Counsel of Record*
Daniel P. Lennington
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Nathalie@will-law.org
Dan@will-law.org

---

[1] *See* Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] *See* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding exemptions, it contains 155 words.

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: July 24, 2025.

/s/ Nathalie E. Burmeister
NATHALIE E. BURMEISTER

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 24, 2025.

/s/ Nathalie E. Burmeister
NATHALIE E. BURMEISTER
