No. 25-2307

# In the United States Court of Appeals
## for the Eighth Circuit

YOUNG AMERICANS FOR FREEDOM; YOUNG AMERICA'S FOUNDATION;
AVERY DURFEE; BENJAMIN ROTHOVE,
PLAINTIFFS-APPELLANTS,

*v.*

U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA,
DEFENDANTS-APPELLEES.

On Appeal from the United States District Court for the
District of North Dakota, Case No. 3:24-CV-163,
The Honorable Peter D. Welte, Chief Judge

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Local Rule 27A, Plaintiffs-Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix, moving the current deadline from October 20, 2025, to November 19, 2025. This motion is unopposed.

Good cause exists for granting this motion. As Plaintiffs-Appellants explained in their prior motions for an extension of time, this case concerns a challenge to the racial eligibility criteria for the Ronald E.

McNair Postbaccalaureate Achievement Program ("McNair Program"). *See e.g.,* 20 U.S.C. § 1070a-15(d); 34 C.F.R. §§ 647.3 and 647.7. And in view of the President's Executive Orders 14151[1] and 14173[2] (among other items), the parties are engaged in discussions regarding the resolution of this case and dismissal of the appeal.

However, due to the ongoing shutdown of the United States Government that commenced on October 1, 2025,[3] counsel for Defendants-Appellees is currently unavailable. Plaintiffs-Appellants' counsel learned of this unavailability after following up about the parties' efforts to resolve this case on October 9, 2025, and receiving an automatic response stating that Defendants-Appellees' counsel is unavailable until funding has been restored. As of today, it is unclear when the government shutdown will end.[4]

---

[1] *See* Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] *See* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

[3] Kaia Hubbard, *Government shutdown live updates as stalemate poised to continue for third week*, CBS News (last visited Oct. 13, 2025), available at https://www.cbsnews.com/live-updates/government-shutdown-2025-latest-house-senate-trump/

[4] *Id.*

Based on the contact information that was provided in the automated response sent by Defendants-Appellees' counsel, Plaintiffs-Appellants' counsel subsequently followed up with other contacts at the U.S. Department of Justice regarding this motion. The Director of Appellate Staff for the Civil Division (who has not appeared in this case) confirmed that this motion is unopposed.

In view of the extenuating circumstances outlined above, as well as the parties' good-faith efforts to settle this matter that will resume after the government shutdown ends, Plaintiffs-Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix.

Dated: October 13, 2025.

[Signature Block on Following Page]

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*/s/ Nathalie E. Burmeister*

Nathalie E. Burmeister
  *Counsel of Record*
Daniel P. Lennington
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Nathalie@will-law.org
Dan@will-law.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding exemptions, it contains 363 words.

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: October 13, 2025.

*/s/ Nathalie E. Burmeister*
Nathalie E. Burmeister

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 13, 2025.

*/s/ Nathalie E. Burmeister*
Nathalie E. Burmeister