No. 25-2307

# In the United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

YOUNG AMERICANS FOR FREEDOM; YOUNG AMERICA'S FOUNDATION;
AVERY DURFEE; BENJAMIN ROTHOVE,
PLAINTIFFS-APPELLANTS,

*v.*

U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA,
DEFENDANTS-APPELLEES.

On Appeal from the United States District Court for the
District of North Dakota, Case No. 3:24-CV-163,
The Honorable Peter D. Welte, Chief Judge

**FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Local Rule 27A, Plaintiffs-Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix, moving the current deadline from December 19, 2025, to January 20, 2026. This motion is unopposed.

Good cause exists for granting this motion. As Plaintiffs-Appellants explained in their prior motions for an extension of time, this case concerns a challenge to the racial eligibility criteria for the Ronald E.

McNair Postbaccalaureate Achievement Program ("McNair Program"). *See e.g.,* 20 U.S.C. § 1070a-15(d); 34 C.F.R. §§ 647.3 and 647.7. And in view of the President's Executive Orders 14151[1] and 14173[2] (among other items), the parties are engaged in discussions regarding the resolution of this case and dismissal of the appeal.

Unfortunately, as explained in Plaintiffs-Appellants' Third and Fourth Unopposed Motions for Extension of Time, the United States Government shutdown[3] substantially delayed the parties' efforts to settle this case. The parties still anticipate resolving this case through settlement, however, additional time is needed for them to do so.

In view of the delays caused by the U.S. Government shutdown, as well as the parties' good-faith efforts to settle this matter that have resumed since the reopening of the U.S. Government, Plaintiffs-

---

[1] *See* Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] *See* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

[3] Caitlin Yilek, Kathryn Watson & Kaia Hubbard, *Government shutdown ends as Trump signs funding bill, capping longest lapse ever,* CBS News (Nov. 12, 2025), available at https://www.cbsnews.com/live-updates/government-shutdown-latest-house-vote-senate-deal-trump/.

Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix.

Dated: December 12, 2025.

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*/s/ Nathalie E. Burmeister*

Nathalie E. Burmeister
  *Counsel of Record*
Daniel P. Lennington
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Nathalie@will-law.org
Dan@will-law.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding exemptions, it contains 290 words.

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: December 12, 2025.

*/s/ Nathalie E. Burmeister*
NATHALIE E. BURMEISTER

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 12, 2025.

*/s/ Nathalie E. Burmeister*
NATHALIE E. BURMEISTER