No. 25-2307

# In the United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

YOUNG AMERICANS FOR FREEDOM; YOUNG AMERICA'S FOUNDATION;
AVERY DURFEE; BENJAMIN ROTHOVE,
PLAINTIFFS-APPELLANTS,

*v.*

U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA,
DEFENDANTS-APPELLEES.

On Appeal from the United States District Court for the
District of North Dakota, Case No. 3:24-CV-163,
The Honorable Peter D. Welte, Chief Judge

**SIXTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Local Rule 27A, Plaintiffs-Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix, moving the current deadline from January 20, 2026, to February 19, 2026. This motion is unopposed.

Good cause exists for granting this motion. As Plaintiffs-Appellants explained in their prior motions for an extension of time, this case concerns a challenge to the racial eligibility criteria for the Ronald E.

McNair Postbaccalaureate Achievement Program ("McNair Program"). *See e.g.,* 20 U.S.C. § 1070a-15(d); 34 C.F.R. §§ 647.3 and 647.7. And in view of the President's Executive Orders 14151[1] and 14173[2] (among other items), the parties are engaged in discussions regarding the resolution of this case and dismissal of the appeal.

At this time, Plaintiffs-Appellants are pleased to report that significant progress has been made towards resolving this case through settlement. Among other things, Defendants-Appellees have publicly declared the McNair Program's racial eligibility criteria unconstitutional,[3] and the Solicitor General has issued a 530D letter to Congress stating that the U.S. Department of Justice will no longer

---

[1] *See* Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] *See* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

[3] *See* U.S. Department of Education, *U.S. Secretary of Education Linda McMahon Statement on the Office of Legal Counsel's Opinion on the Constitutionality of Race-Based Higher Education Grant Programs* (Dec. 19, 2025), available at https://www.ed.gov/about/news/press-release/us-secretary-of-education-linda-mcmahon-statement-office-of-legal-counsels-opinion-constitutionality-of-race-based-higher-education-grant-programs; *Constitutionality of Race-Based Department of Education Programs*, 49 Op. O.L.C. ___, 38–44 (Dec. 2, 2025) (Memorandum Opinion for the Acting General Counsel Department of Education), available at https://www.justice.gov/olc/media/1421576/dl

defend the McNair Program's unconstitutional racial eligibility criteria.[4] In view of these actions, the parties foresee resolving this case through settlement. However, settlement discussions are still in progress and more time is needed for the parties to reach a resolution.

In view of the parties' continued good-faith efforts to settle this matter, Plaintiffs-Appellants respectfully request an additional 30-day extension of time to file their opening brief and joint appendix.

Dated: January 15, 2026.

[Signature Block on Following Page]

---

[4] Letter from D. John Sauer, Solicitor General, to The Honorable Mike Johnson, Speaker of the U.S. House of Representatives (Dec. 22, 2025) (on file with United States Department of Justice), available at https://www.justice.gov/oip/media/1422341/dl?inline#:~:text=U.S.%20Department%20of%20Justice,achieve%20that%20purpose

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*/s/ Nathalie E. Burmeister*

Nathalie E. Burmeister
  *Counsel of Record*
Daniel P. Lennington

330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Nathalie@will-law.org
Dan@will-law.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding exemptions, it contains 387 words.

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: January 15, 2026.

*/s/ Nathalie E. Burmeister*
NATHALIE E. BURMEISTER

- 5 -

Appellate Case: 25-2307     Page: 5     Date Filed: 01/15/2026 Entry ID: 5597805

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 15, 2026.

*/s/ Nathalie E. Burmeister*
NATHALIE E. BURMEISTER