UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 25-2307

Young Americans for Freedom, et al.

Appellants

v.

U.S. Department of Education and Miguel Cardona

Appellees

___

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:24-cv-00163-PDW)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until February 19, 2026 to file the brief and appendix.

January 20, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Susan E. Bindler