No. 25-2307

Young Americans for Freedom; Young America's Foundation; Avery Durfee; Benjamin Rothove

Plaintiffs - Appellants

v.

U.S. Department of Education; Miguel Cardona

Defendants - Appellees

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:24-cv-00163-PDW)

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 17, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Susan E. Bindler