# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2307

Young Americans for Freedom, et al.

Appellants

v.

U.S. Department of Education and Miguel Cardona

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:24-cv-00163-PDW)

---

**MANDATE**

In accordance with the judgment of February 17, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 17, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit